IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROY WAYNE JACKSON, JR. | Cause No. CV 23-22-GF-BMM |
| Plaintiff, | ORDER |
| v. | |
| BLACKFEET ENROLLMENT OFFICE, | |
| Defendant | |

On May 15, 2023, Plaintiff Roy Wayne Jackson, Jr. (Jackson) filed a document purporting to be a civil rights complaint. Jackson is a Texas state prisoner proceeding pro se. He is currently serving a life sentence without the possibility of parole with the Texas Department of Criminal Justice.[1]

Jackson alleges Defendant violated his Fourteenth Amendment right to equal protection and that he is being denied his privileges and immunities. (*See* Doc. 1 at 3.) Specifically, Jackson asserts he has attempted to contact the Blackfeet

---

[1] *See* Texas Department of Criminal Justice Website: https://inmate.tdcj.texas.gov/InmateSearch/viewDetail.action?sid=05984948 (accessed May 23, 2023).

1

Enrollment Office, but that the Enrollment Office refuses to contact him in return. (*Id*. at 4.) Jackson claims that he is a Blackfeet native and should have been enrolled as such when he was a child. (*Id*.) He states he is intellectually disabled and that someone should have assisted him with his enrollment. Because nobody did so previously, Jackson believes he should now be "grandfathered" into tribal enrollment. (*Id*.)

He asks this Court to enroll him in the Blackfeet Nation and order any and all past monies and benefits due be provided. (*Id*.) He also appears to request that this Court order a guardian ad-litem be appointed to act on his behalf. (*Id*.) Jackson believes the Indian Civil Rights Act provides this Court with jurisdiction over his claims. (*See* Doc. 3.)

Contrary to Jackson's belief, the Indian Civil Rights Act does not confer jurisdiction in the present case. Section 1301, et seq., of Title 25 of the United States Codde is known as the Indian Civil Rights Act (ICRA). In enacting the ICRA, Congress established a set of statutory protections for Indians against their tribal governments, which roughly parallel the constitutional rights identified in the Bill of Rights of the United States Constitution. *See Wasson v. Pyramid Lak Paiute Tribe*, 782 F. Supp. 2d. 1144, 1147 (D. Nev. 2011). The ICRA contains a statutory protection that is similar to the Fourteenth Amendment of the United States Constitution and provides that an Indian tribe, in exercising its powers of

Accordingly, his suit is not authorized and this Court lacks jurisdiction to entertain a claim alleging violations of ICRA. Jackson's petition must be dismissed.

Accordingly, the Court enters the following:

## ORDER

1. This matter is dismissed for lack of jurisdiction.

2. The Clerk of Court is directed to close this matter and enter judgment in favor of Defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure.

3. The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. No reasonable person could suppose an appeal would have merit.

DATED this 24th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court